ber 19, 1924.) No. 110. In Error to the District Court of the United States for the Southern District of New York. Charles F. Murphy, of New York City (Stanleigh P. Friedman, of New York City, of counsel), for plaintiff in error. William Hayward, U. S. Atty., of New York City, and Elmer H. Lemon, Sp. Asst. U. S. Atty., of Middletown, N. Y. Before HOUGH and MANTON, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Judgment affirmed.

1

Lee EDWARDS v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. February 2, 1925.) In Error to the District Court of the United States for the Western District of Kentucky; Charles H. Moorman, Judge. Frank A. Douglass, of Louisville, Ky., for plaintiff in error. W. S. Ball, U. S. Atty., of Louisville, Ky.

PER CURIAM. Judgment of the District Court affirmed.

2

Landon ESTEPP v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. March 13, 1925.) No. 4161. In Error to the District Court of the United States for the Eastern District of Tennessee; Xenophon Hicks, Judge. Cox & Taylor, of Johnson City, Tenn., for plaintiff in error. George C. Taylor, U. S. Atty., of Knoxville, Tenn.

PER CURIAM. Order dismissing writ of error in pursuance of motion.

3

Charles EWAN and George Deters v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. January 5, 1925.) No. 4159. In Error to the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge. James R. Clark, of Cincinnati, Ohio, for plaintiffs in error. Sawyer A. Smith, U. S. Atty., of Covington, Ky.

PER CURIAM. Judgment of the District Court affirmed.

4

Andrew T. FLETCHER, Trustee in Bankruptcy of New Jersey Tube Co., Appellant, v. B. LISSBERGER & CO., Appellee. (Circuit Court of Appeals, Third Circuit. April 7, 1925.) No. 3271. Appeal from the District Court of the United States for the District of New Jersey; Joseph L. Bodine, Judge. Bilder & Bilder, of Newark, N. J. (Samuel Kaufman and Nathan Bilder, both of Newark, N. J., of counsel), for appellant. Feiner, Maass & Skutch, of New York City (Ira Skutch and Benjamin F. Feiner, both of New York City, of counsel), for appellee. Before BUFFINGTON and WOOLLEY, Circuit Judges, and MORRIS, District Judge.

PER CURIAM. This case involves two claims made by Lissberger & Co., against the bankrupt estate. No principles of law or ob-servance of precedents are involved, but simply the construction of agreements incident to this case. The court below allowed both claims. After studying the record, and on due consideration had, we agree with its conclu-sion, and therefore affirm its decree.

5

Herbert & M. FOLBE v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. January 5, 1925.) No. 4185. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. J. O. Hillis of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Order affirming conviction and remanding cause for a new sentence.

6

H. FOLBE v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. March 2, 1925.) No. 4283. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. Clarence Friedman, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Order dismissing writ of error.

7

M. FOLBE v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. March 6, 1925.) No. 4252. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. D. B. Sweeney, of Memphis, Tenn., for plain-tiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

8

FOURTH NATIONAL BANK OF CADIZ v. Lura E. SELWAY. FOURTH NATIONAL BANK OF CADIZ v. O. C. GRAY, Trustee, etc. (Circuit Court of Appeals, Sixth Circuit, October 6, 1924.) No. 3515. Appeal from the District Court of the United States for the Southern District of Ohio; John E. Sater, Judge. A. O. Barnes and B. W. Row-land, both of Cadiz, Ohio, for appellant. R. H. Minteer, of Cadiz, Ohio, for appellees.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

9

Leon FOX v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. February 2, 1925.) No. 4088. In Error to the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge. Jos. M. Spears, of Catlettsburg, Ky., and E. B. Hager and J. B. Adamson, of Ash-